WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-312—Claimant 

LEONARD STURMAN, D.P.M., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, RESPONDENT.

OPINION FILED AUGUST 23, 1973.

LEONARD STURMAN, D.P.M., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-338—Claimant 

LINDA L. FITZSIMMONS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed August 23, 1973.*

LINDA L. FITZSIMMONS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.